```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
STERLING AND WILSON SOLAR SOLUTIONS,   :
INC.,                                                                          :
:                           23-CV-5711 (VEC)
                                       Plaintiff,        :
:                                 ORDER
             -against-                            :
:
:
JPMORGAN CHASE BANK, N.A.,            :
:
                                       Defendant.   :
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 5, 2023, Plaintiff moved for a temporary restraining order in this matter, Dkt. 11.

    IT IS HEREBY ORDERED that a telephonic hearing in this matter will be held on **Wednesday, July 5, 2023, at 4:30 P.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 5711.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date:  July 5, 2023**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**