```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
STERLING AND WILSON SOLAR SOLUTIONS,   :
INC.,                                  :
:
                 Plaintiff,    :
:
     -against-          :    23-CV-5711 (VEC)
:
:         ORDER
JPMORGAN CHASE BANK, N.A.,             :
:
                 Defendant.    :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 5, 2023, the Court temporarily granted Plaintiff's request to seal certain exhibits to the Complaint and the Bhandari Declaration in their entirety, Dkt. 28;

WHEREAS the Court ordered Plaintiff to submit proposed redactions to the exhibits by July 7, 2023, or the seal would be lifted, *id*.; and

WHEREAS Plaintiff did not submit proposed redactions.

IT IS HEREBY ORDERED that the exhibits are unsealed. The Clerk of Court is respectfully directed to unseal Dkts. 1 and 24.

**SO ORDERED.**

Date: July 10, 2023
New York, NY

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**