UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/24/2023
```

----------------------------------------------------------------X
                                                                :
STERLING AND WILSON SOLAR SOLUTIONS,    :
INC.,                                                           :
                                                                :
                                        Plaintiff,              :
                                                                :
                    -against-                                   :          23-CV-5711 (VEC)
                                                                :
                                                                :          ORDER
JPMORGAN CHASE BANK, N.A.,                                      :
                                                                :
                                        Defendant.              :
                                                                :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2023, Intervenors Lund Hill Solar, LLC and Montague Solar,

LLC moved to seal certain exhibits attached to Martinson and Villavencio Declarations, Dkts.

40, 42–45;

WHEREAS on July 20, 2023, the parties submitted narrowed redactions of the

agreements between Plaintiff and the Intervenors ("ECP Agreements"), pursuant to the Court's

Order at Dkt. 66; and

WHEREAS the parties have submitted numerous other redacted documents in

conjunction with their motion papers that purport to redact items that have now made public in

the EPC Agreements or in the parties' oral arguments, or are otherwise not confidential, *see,*

*e.g.*, Second Bhandari Decl. ¶ 18 (purporting to redact the definition of "Punch List Items"), *id.*

¶ 20 (purporting to redact that an attestation is being made on information and belief); *id.* ¶ 22

(purporting to redact a discussion of documents exchanged between the parties that was

referenced in open court).

IT IS HEREBY ORDERED that the parties' motion to file the ECP Agreements with the revised redactions, *see* Dkt. 67, is GRANTED.

IT IS FURTHER ORDERED that the parties must submit revised, narrowed redactions as to the remaining redacted documents by **July 27, 2023**, or all of the documents will be unsealed in their entirety.


**SO ORDERED.**

**Date:  July 24, 2023**                    _____
**       New York, NY**                          **VALERIE CAPRONI**
                                         **United States District Judge**