```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :
STERLING AND WILSON SOLAR SOLUTIONS,                                :
INC.,                                                               :
                                                                    :
                                Plaintiff,                          :
                                                                    :
                -against-                                           :   23-CV-5711 (VEC)
                                                                    :
JPMORGAN CHASE BANK, N.A. and BANK OF                               :   ORDER
AMERICA N.A.,                                                       :
                                                                    :
                                Defendant.                          :
                                                                    :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS pursuant to the Court's Order at Dkt. 70, the parties have moved to redact several documents, including Plaintiff's Reply Memorandum, certain exhibits attached to the Martinson and Villavencio Declarations, the Second Bhandari Declaration, and certain exhibits to the Bhandari Declaration, *see* Dkts. 71, 73; and

WHEREAS several redactions to the papers, including Plaintiff's Reply, the Bhandari Declaration, and Bhandari Declaration Ex. 16, discuss the liquidated damages clauses of the parties' agreements, which were discussed extensively in open court, *see, e.g.*, Tr., Dkt. 75 at 5.

IT IS HEREBY ORDERED that the parties' proposed redactions are APPROVED except for the redactions concerning the portions of the liquidated clause discussed in open court. Not later than **August 3, 2023**, the parties must file on the public docket the documents with the proposed narrowed redactions but without redactions to the portions of the liquidated damages clause of the parties' agreements that were discussed in open court.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at Dkt. 71.

**SO ORDERED.**

**Date: July 31, 2023**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**