USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2023

**MICHELMAN & ROBINSON, LLP**
ATTORNEYS AT LAW

**DAVID R. DEHONEY**
ddehoney@mrllp.com

**New York Office**
605 Third Ave, 30th Floor
New York, NY 10158
**P** 212.730.7700 **F** 212.730.7725 www.mrllp.com

**MEMO ENDORSED**

August 3, 2023

<u>Via ECF</u>

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Sterling and Wilson Solar Solutions, Inc. v. JPMorgan Chase Bank, N.A.*, Case No. 1:23-cv-05711-VEC (S.D.N.Y); *Sterling and Wilson Solar Solutions, Inc. v. Bank of America*, Case No. 1:23-cv-06024-VEC (S.D.N.Y)

Dear Judge Caproni,

We represent Plaintiff Sterling and Wilson Solar Solutions in the above-captioned matter. This letter is submitted on behalf of Plaintiff pursuant to the Court's July 31, 2023 Order. *See* ECF No. 77.

Concurrently with this letter, Plaintiff is filing a replacement version of Plaintiff's Reply Memorandum in Further Support of Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 58). The replacement version is attached as **Exhibit 1** to this letter and Plaintiff will provide the Court with a highlighted copy. Consistent with the Court's direction, Plaintiff has narrowed the scope of proposed redactions to exclude references to the liquidated damages clause. All remaining redactions reflect those previously approved by the Court. *See* ECF Nos. 70, 77. Plaintiff has shared its proposals with Owners, who do not object.

Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's request to seal the redacted information in the enclosed version. Further, as the Court's recent Order does not impact the Declaration of Dilip Kumar Ghorowat (ECF Nos. 59, 60) Plaintiff requests that the sealed version remain sealed and that the publicly filed, redacted version of this document remain as-is, without any further narrowing of the existing redactions.

Hon. Valerie E. Caproni
Southern District of New York
August 3, 2023
Page 2

Very truly yours,

**MICHELMAN & ROBINSON, LLP**

/s/ *David R. Dehoney*
David R. Dehoney

---

Application GRANTED.  The proposed redactions filed by Plaintiff and the Owners are APPROVED.

The Court's Order at Dkt. 77 also required the parties to file revised redactions to the Second Bhandari Declaration.  The parties have not done so.  Revised redactions to the Second Bhandari Declaration must be filed by **August 7, 2023**, or the declaration will be unsealed.

SO ORDERED.

*[signature]*    08/04/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE