**MICHELMAN & ROBINSON, LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2023

**DAVID R. DEHONEY**
ddehoney@mrllp.com

**New York Office**
605 Third Ave, 30th Floor
New York, NY 10158
**P** 212.730.7700 **F** 212.730.7725 www.mrllp.com

**MEMO ENDORSED**

August 7, 2023

<u>Via ECF</u>

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Sterling and Wilson Solar Solutions, Inc. v. JPMorgan Chase Bank, N.A.*, Case No. 1:23-cv-05711-VEC (S.D.N.Y); *Sterling and Wilson Solar Solutions, Inc. v. Bank of America*, Case No. 1:23-cv-06024-VEC (S.D.N.Y)

Dear Judge Caproni,

We represent Plaintiff Sterling and Wilson Solar Solutions in the above-captioned matter. This letter is submitted on behalf of Plaintiff pursuant to the Court's August 4, 2023 Order. *See* ECF No. 81.

Concurrently with this letter, Plaintiff is filing a replacement version of the Second Declaration of Gaurav Bhandari (ECF No. 62). The replacement version is attached as **Exhibit 1** to this letter and contains no redactions in the body of the declaration. Plaintiff has re-reviewed all remaining redacted exhibits to this declaration and have limited the proposed redactions to material that has previously been approved as confidential by the Court. Plaintiff has shared its proposals with Owners, who do not object.

Plaintiff requests that the sealed versions of the following exhibits to the Second Declaration of Gaurav Bhandari remain sealed, and that the publicly filed, redacted versions of those documents remain as-is, without further narrowing of the existing redactions:

| Document | Sealed Version (to remain sealed) | Publicly-Filed Redacted Version |
|---|---|---|
| Ex. 9 to the Declaration of Gaurav Bhandari | ECF 61-9 | ECF 62-9 |
| Ex. 18 to the Declaration of Gaurav Bhandari | ECF 61-18 | ECF 62-18 |
| Ex. 20 to the Declaration of Gaurav Bhandari | ECF 61-20 | ECF 62-20 |

Hon. Valerie E. Caproni
Southern District of New York
August 7, 2023
Page 2

      The redactions to Exhibit 18 to the Declaration of Gaurav Bhandari are limited to itemized amounts on an invoice register that correspond to confidential commercial terms of payment. The redactions to Exhibits 9 and 20 to the Declaration of Gaurav Bhandari are limited to the EPC Contractor Estoppel Certificates (and discussion thereof), which this Court has previously approved as confidential. Plaintiff further requests Exhibit 16 remain redacted in accordance with Owners' August 3 filing. *See* ECF No. 80-9. Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's request to seal the redacted information detailed above.

      Very truly yours,

      **MICHELMAN & ROBINSON, LLP**
      /s/ *David R. Dehoney*
      David R. Dehoney

---

The proposed redactions are APPROVED.

In light of Plaintiff's voluntary dismissal, *see* Dkt. 69, the Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

SO ORDERED.

*[signature]*        08/08/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE